No. 471, Misc.   BONILLA *v.* NEW YORK.   Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied

No. 187, Misc.   CHAPMAN *v.* WILSON, SUPERINTENDENT, CALIFORNIA STATE PRISON, ET AL.   Motion for leave to file petition for writ of habeas corpus and other relief denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *John S. McInerny* and *Arlo E. Smith,* Deputy Attorneys General, for respondents.

No. 20, Misc.   CHAPMAN *v.* WILSON, WARDEN, ET AL.; and
No. 404, Misc.   STEWART *v.* MILLER, JUDGE, COURT OF APPEALS OF FRANKLIN COUNTY, OHIO, ET AL.   Motions for leave to file petitions for writs of mandamus denied. Petitioners *pro se. Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondents in No. 20, Misc.

No. 451.   PENNSYLVANIA RAILROAD CO. *v.* UNITED STATES.   Court of Claims.   Certiorari granted.   *Hugh B. Cox* and *William F. Zearfaus* for petitioner.   *Solicitor General Rankin* for the United States.

No. 503.   UNITED STATES *v.* GRAND RIVER DAM AUTHORITY.   Court of Claims.   Certiorari granted.   *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.   *Q. B. Boydstun* for respondent.